EASTERN DIST.
*April,* 1839.

BOGART ET AL. *vs.* DRAKE ET AL.

BOGART ET AL.
*vs.*
DRAKE ET AL.

YARD AND BLOIS'
SYNDIC
*vs.*
SRODES.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS, JUDGE DUNCAN PRESIDING.

Judgment affirmed; and although the appeal was frivolous, as no damages were prayed for, none were allowed.

This is an action against the makers of a promissory note, and the defence is a general denial. There was judgment, and the defendants appealed.

*Guyol* and *T. Slidell,* for the plaintiffs.

*Clarke, contra.*

*Rost, J.*—This is an action upon a promissory note; the note was proved, and no serious defence being made, judgment was given in favor of the plaintiffs. This appeal seems to have been taken for delay, but the plaintiff has not asked for damages.

It is, therefore, ordered, adjudged and decreed, that the judgment of the City Court be affirmed, with costs.